FILED

FEB 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ivan Hopkins
Plaintiff,

vs.

California Department of Corrections, Does 1-100
Defendant.

CASE NO. ______________________

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, Ivan Hopkins declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No Y

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0 Net: 0

Employer: 0

______________________________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

wages per month which you received.

_______________________________________________

_______________________________________________

_______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other govern-ment source? — Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

Social Security Benefits

$872

3. Are you married? — Yes ___ No ✓

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $ N/A

4. a. List amount you contribute to your spouse's support:$ ___________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children,

list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_______________

_______________

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes X No ___

Make Toyota Year 1981 Model Corolla

Is it financed? Yes ___ No X If so, Total due: $ 0

Monthly Payment: $ __________

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

Name(s) and address(es) of bank: __________

_______________

Present balance(s): $ 0

Do you own any cash? Yes ___ No 0 Amount: $ __________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_______________

8. What are your monthly expenses?

Rent: $ 800 Utilities: $75

Food: $ 150 Clothing: __________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_______________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-30-08 | [signature]
DATE | SIGNATURE OF APPLICANT

**PROOF OF SERVICE BY MAIL**

I, Kevin Hopkins, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is

2694 Coolidge Ave
Oakland, CA 94601,

and I am a resident of, or employed in, Alameda County, California.

On the date of January 30, 2008 served the Complaint For Damages, Civil Rights Violation Federal Question
(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) ______________________, (city) Oakland,

Alameda County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

U.S. District Court
455 Golden Gate Ave
Box 36060
San Francisco, CA 94102

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1-30-08

Kevin Hopkins
(Signature of person mailing)

Kevin Hopkins
(Name of person mailing, typed or printed)