

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694

RICHARD W. WIEKING
CLERK OF COURT

March 3, 2008

Ivan Hopkins
1810 East 25th Street, #209
Oakland, CA 94606

**Re: C 08-00898 EDL**
**IVAN HOPKINS v. CALIFORNIA DEPT OF CORRECTIONS**

Dear Mr. Hopkins:

This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. **Please select one of the attached forms** documenting your consent or request for reassignment and file it with the Court by **March 14, 2008**. These forms can also be found on the Court's website at www.cand.uscourts.gov.

Thank you.

RICHARD W. WIEKING

By: _____
Lili M. Harrell
Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS

    Plaintiff(s),

v.

CALIFORNIA DEPT OF CORRECTIONS

    Defendant(s).
_____/

No. C **08-00898** EDL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____

_____
Signature

_____
Counsel for _____
(Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS

        Plaintiff(s),

v.

CALIFORNIA DEPT OF CORRECTIONS

        Defendant(s).
_____/

No. C **08-00898** EDL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO
A DISTRICT JUDGE,**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

_____
Signature

_____
Counsel for _____
(Name or party or indicate "pro se")

3