Ivan Hopkins
180 East 25th Street #209
Oakland, CA 94606

FILED
08 MAR 11 PM 1:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ivan Hopkins

Plaintiff(s),

v.

California Dept of Corrections

Defendant(s).

No. C 08-00898 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 3-7-08

Ivan Hopkins
Signature

Counsel for Pro Per
(Plaintiff, Defendant or indicate "pro se")