| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ivan Hopkins | C-08-0898-EDL |
| **DEFENDANT** | **TYPE OF PROCESS** |
| California Department of Corrections & Rehabilitation | Summons, Complaint & Orders |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Agent Payne

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1515 Clay Street, Oakland, CA 94607

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ivan Hopkins, Pro per
1810 East 25th Street
Oakland, CA 94602

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT , Deputy Clerk

TELEPHONE NUMBER: (415) 522-2067    DATE: 3/26/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | 11 | 11 | | 04/07/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served *(if not shown above)*
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

12 Payne
Cliffard Northern Ca.
Department of Justice

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $10.10 | — | $55.10 | 0 | | |

**REMARKS:** JAMES SCARVER
1/4/08 THE Legal Litigation Coordinator at above address on 14th Floor told me he cannot accept this process. Since there is no first name for Agent Payne Scarver looked at the directory there were 12 Payne's in the directory for CA. Since there is no first name I did not want to serve the wrong Payne - need a first name. There is a Payne in Sacramento but wasn't sure if it's the right one.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IVAN HOPKINS, ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   C-08-0898-EDL |
| CALIFORNIA DEPT OF CORRECTIONS, et al., ) | |
| Defendant ) | |

**Summons in a Civil Action**

To:   Agent Payne, 1515 Clay St., Oakland, CA 94607
      *(Defendant's name)*

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Ivan Hopkins, Pro per, 1810 East 25th Street, #209, Oakland, California 94602

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                    Richard W. Wieking
                                                    Name of clerk of court

Date:   March 26, 2008                              Thelma Nudo
                                                    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on __4/7/08__.

My fees are $ __45.00__ for travel and $ __10.10__ for services, for a total of $ __55.10.00__.

Date: __4/7/08__

Server's signature: Hima C_____ for D USM SHAKERI

Printed name and title: SHAYGOAN SHAKERI

Server's address: U.S. M-S   OAK, CA