Ivan Hopkins
1810 East 25th Street #209
Oakland, CA 94606

RECEIVED
MAY 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4-30-08

RE: Case # 3:08-cv-00898-EDL
Ivan Hopkins v Calif Dept. of Corrections + Rehabilitation, et al

FILED
MAY 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk of the Court,

I am adding the name of one the defendants Agent Scott Payne, 1950 University, CA # 510 883-6664 is the Parole Region he's assigned to in Berkeley California.

Respectfully Submitted,
Ivan Hopkins

P.S. Please don't hesistate if you need any more information.