FILED

MAY 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS,

        Plaintiff,

        v.

CALIFORNIA DEPT OF CORRECTIONS, et al.,

        Defendants.

                        /

No. C 08-00898 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Case Management Conference is scheduled for June 17, 2008 at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than June 13, 2008.

Dated: May 21, 2008

                                 FOR THE COURT,
                                 Richard W. Wieking, Clerk

                                 by: _____
                                      Lili M. Harrell
                                      Courtroom Deputy

United States District Court
For the Northern District of California

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS,

Plaintiff,

v.

CALIFORNIA DEPT OF CORRECTIONS et al,

Defendant.
_____/

Case Number: CV08-00898 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Hopkins
1810 East 25th Street, #209
Oakland, CA 94606

Dated: May 21, 2008

Richard W. Wieking, Clerk

*Lili M. Harrell*

By: Lili M. Harrell, Deputy Clerk