EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5726
 Fax: (415) 703-5843
 Email: Michael.Quinn@doj.ca.gov

Attorneys for Defendants California Department of
Corrections and Rehabilitation and James E. Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVAN HOPKINS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　　　　　Defendants. | C 08-0898 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and requests the reassignment of this case to a United

/ / /

/ / /

/ / /

/ / /

Declination to Proceed Before a Magistrate Judge　　　　　　　　　　　　　I. Hopkins v. CDCR, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 08-0898 EDL

1

1  States District Judge.

2  Dated: May 28, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
   Attorney General of the State of California

5  DAVID S. CHANEY
   Chief Assistant Attorney General

6  FRANCES T. GRUNDER
7  Senior Assistant Attorney General

8  JONATHAN L. WOLFF
   Supervising Deputy Attorney General

9

10

11  /s/ Michael J. Quinn
    MICHAEL J. QUINN
12  Deputy Attorney General
    Attorneys for Defendants California Department of Corrections
13  and Rehabilitation and James E. Tilton

14

15  40257106.wpd
    SF2008401737
16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **I. Hopkins v. CDCR, et al.**

No.:    **C 08-0898 EDL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **May 28, 2008**, I served the attached

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ivan Hopkins**
**1810 East 25th Street, #209**
**Oakland, CA 94606**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 28, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | *[signature]* |
| Declarant | Signature |

40258785.wpd