1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

**IVAN HOPKINS,**                          C 08-0898 WHA

12
                              Plaintiff,    **[PROPOSED] ORDER**
13                                          **GRANTING DEFENDANTS'**
                                            **MOTION TO DISMISS**
14           **v.**

**CALIFORNIA DEPARTMENT OF**
15   **CORRECTIONS AND REHABILITATION, et al.,**

16                            Defendants.

17

18        Defendants CDCR and Tilton filed a Motion to Dismiss in connection with Plaintiff's

19   "Complaint for Damages In Civil Rights Violations, Federal Question" under Rule 12(b)(6) of

20   the Federal Rules of Civil Procedure on the ground that Plaintiff had failed to state a claim upon

21   which relief could be granted.

22        This Court having considered the Motion to Dismiss, the opposing and reply papers, the

23   Court's files, and for good cause appearing, grants Defendants' Motion to Dismiss.

24        IT IS HEREBY ORDERED THAT Plaintiff's claims against Defendants CDCR and Tilton

25   are dismissed with prejudice.

26

27   Dated: _____

28                                         The Honorable William H. Alsup
                                           U.S. District Court Judge

[Proposed] Order                                    I. Hopkins v. CDCR, et al.
                                                    C 08-0898 WHA

                              1