# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ivan Hopkins | C-08-0898-EDL |
| **DEFENDANT** | **TYPE OF PROCESS** |
| California Department of Corrections & Rehabilitation, et al. | Summons, Complaint & Orders |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

California Department of Corrections & Rehabilitation

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1515 Clay Street, Oakland, California 94607

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ivan Hopkins, Pro per
1810 East 25th Street, #209
Oakland, CA 94606

FILED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Number of process to be served with this Form - 285
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

ENTERED INTO JDIS

Signature of Attorney or other Originator requesting service on behalf of: Deputy Clerk
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 3/26/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk: Hina C___ FOR Kelly McGowan | Date 4/4/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): JAMES SCARVER, LITIGATION COORDINATOR

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): 10th Floor

Date of Service: 4/4/08  Time: 3:14 pm

Signature of U.S. Marshal or Deputy

SERVED AURELIA LUCERO, LEGAL ANALYST CDC

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | $1.46 | | 46.46 | | |

**REMARKS:**

4/4/08 ACCORDING TO JAMES SCARVER LITIGATION COORDINATOR THIS PROCESS NEEDS TO BE FORWARDED TO 1515 "S" STREET, SACRAMENTO CA. 95814. AT FRONT LOBBY ASK FOR LEGAL

1 DSM 3 MI R/T 1 HR

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IVAN HOPKINS, <br> Plaintiff <br> v. <br> CALIFORNIA DEPT OF CORRECTIONS, et al., <br> Defendant | ) ) ) ) ) ) Civil Action No.  C-08-0898-EDL |

**Summons in a Civil Action**

To:   James Tilton, 1515 Clay St., Oakland, CA 94607
      *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ivan Hopkins, Pro per, 1810 East 25th Street, #209, Oakland, California 94602

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Thelma Nudo
Deputy clerk's signature

Date:   March 26, 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __5/15/08__

_____[signature]_____
Server's signature

FREDERICK EDWARDS, DEPUTY US MARSHAL
Printed name and title

501 I ST, SACRAMENTO, CA 95814
Server's address

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ivan Hopkins | C-08-0898-EDL WHA |
| DEFENDANT | TYPE OF PROCESS |
| California Department of Corrections & Rehabilitation, et al. | Summons, Complaint & Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James Tilton

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1515 Clay Street, Oakland, CA 94607

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ivan Hopkins, Pro per
1810 East 25th Street, #209
Oakland, CA 94606

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**FILED**
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

ENTERED into JD/S

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT — Deputy Clerk
TELEPHONE NUMBER: (415) 522-2067
DATE: 3/26/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk — Kima C___ for Kelly McGowan | Date 4/4/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
JAMES SCARVER, Litigation Coordinator

Address (complete only if different than shown above):
10?? Fl.
510-873-6423

AURELIA LUCERO, LEGAL ANALYST

A person of suitable age and discretion then residing in the defendant's usual place of abode.
Date of Service: 4/4/08  Time: 3:14 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45. | | | 45.00 | | | |

REMARKS:
4/4/08 According to James Scarver (Litigation Coordinator) this process needs to be forwarded to S.S. 1515 "S" Street, Sacramento Ca. 95814, at front lobby ask for Legal Dep.

1-DUSM 3 MI R/T 1 HR

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IVAN HOPKINS, <br> _Plaintiff_ <br> v. <br> CALIFORNIA DEPT OF CORRECTIONS, et al., <br> _Defendant_ | ) <br> ) <br> ) Civil Action No. C-08-0898-EDL <br> ) <br> ) |

**Summons in a Civil Action**

To: California Department of Corrections & Rehabilitation, 1515 Clay Street, Oakland, CA 94607
_(Defendant's name)_

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ivan Hopkins, Pro per, 1810 East 25th Street, #209, Oakland, California 94602

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:    March 26, 2008

Thelma Nudo
Deputy clerk's signature

_(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)_

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: __5/15/08__

_____
Server's signature

__FREDERICK EDWARDS, DEPUTY US MARSHAL__
Printed name and title

__501 I ST, SACRAMENTO, CA 95814__
Server's address