IN THE UNITED STATES District
COURT FOR THE NORTHERN District

08 JUN 16 PM 1:17

IVAN HOPKINS,

    Plaintiff,

    V

California Dept of Corrections
And Rehabilitation, et. Al

CASE # C08-00898

Request For Appointment of Counsel, IN Civil Rights Action Under In Forma Pauperis Provision

28. USCA §§ 1915(D)

    Plaintiff, Ivan Hopkins moves the court to Appoint Counsel in the Above-entitled claim in Civil Rights Action claiming excessive force And False Arrest. Plaintiff is Alleging Cognizable claims in Said action. The plaintiff is totally indigent, on Social Security Disability And Under Care by Alameda County Mental Health Services inwhich plaintiff will have declaration of diagnosis of plaintiff declaring mental state Attached to this motion.
    Plaintiff has sought representation unsuccessfully in this matter. Attached

1

1 is denial letters in representation sought.

2
3 Said case is now in pre-trial stages.
4 Plaintiff is not readily familiar with
5 Civil litigation and the opposition being
6
7 the defendants will bamboozle the
8 plaintiff, preying on his lack of knowledge
9 in law.

10
11 Plaintiff, IVAN Hopkins realizes to
12 appoint counsel under 28 U.S.C.A §§ 1915(D)
13 and/or whatever applicable doctrine of law
14
15 lies within the discretion of the court.
16 It is asked that the court look at the
17 plaintiff's mental state, that is prescribed
18
19 Anti-pyschotic and Anti-depressants for his
20 mental state and the complaint itself.

21
22 To deny plaintiff appointment of counsel
23 would deny plaintiff his day in court
24 for the wanton negligent wrongs inflicted
25 upon him.

26
27 The Courts considering appointment of
28 counsel for Civil Rights plaintiffs under

under 28. U.S.C.A And other applicable doctrine of law have generally agreed that such appointments are only appropriate under "exceptional circumstances." While most courts have treated this "test" as a simple factual determination which vary from case to case, Some courts have expressed and elaborated on factors which a trial court should consider when determing whether to appoint counsel under 28. U.S.C.A ?? 1915(D). The Courts in following cases indicated that these factors should include Complexity of the case, the Ability of the plaintiff to investigate the case And his ability to present case at trial.

The Court Should also take into consideration plaintiff has used due diligence to Seek representation on a contingency basis to no Avail.

Wherefore, plaintiff requests that this Court refer case to Pro Bono Project for appointment of Counsel.

3

Its asked that this motion be granted and its entirety.

This Motion will based on this notice of motion, on the attached declarations and memorandum of points and authorities served and filed herewith, on such supplemental memoranda of points and authorities as may hereafter be filed with the court or stated orally at the conclusion of the hearing on the motion, on all papers and records on file in this action, and on such oral documentary evidence as may be presented at the hearing of the motion.

Dated 6/13/08

_Ivan Hopkins_ , Pro Per Plaintiff

4

| | | |
|---|---|---|
| THE DOLAN BUILDING<br>1438 MARKET STREET<br>SAN FRANCISCO, CA 94102 | **CBD**<br>THE DOLAN LAW FIRM | K.E. CHANCE MARTIN<br>(415) 421-2800 TEL<br>(415) 421-2830 FAX |

May 16th, 2008

**Via U.S. Mail**

Mr. Ivan Hopkins
1810 East 25th Ave. #209
Oakland, CA 94612

Dear Mr. Hopkins:

Thank you for contacting our law firm. My name is Chance Martin and I am our Intake Coordinator. I have reviewed your case with one of our attorneys and they have asked me to obtain additional information. To that end, I have included a police misconduct questionnaire for you to complete and return to us. Please respond to the questions in as much detail as possible.

*Please note that we are not acting as your attorneys at this time.* We require this additional information to determine the feasibility of your representation. There are statutes of limitations which may affect your case. These are time limits in which you have to take specific action or you will lose your right to do so. We do not have enough information as to offer an opinion as to which statute of limitations would apply in your factual circumstances. Therefore we express no opinion and offer no advice as to what statute applies other than to tell you some general information which may or may not apply in your case. Please be advised that there are statutes of limitation which apply to legal cases requiring that legal action be brought within a limited period of time or your rights to do so may be eliminated. These times can be as little as six months for claims involving governmental entities. For more information on statutes of limitations see our Website **www.cbdlaw.com** and click on the button "Don't wait until it's too late" on the first page. Please note that we are not offering any legal advice as to what statute of limitations applies to your set of facts. You should promptly retain a lawyer to have this analysis done.

We are taking no legal action at this time to protect your rights and will not do so unless and until we have a fee agreement signed by you and signed by Christopher B. Dolan. You should act promptly in providing your information to us so we can make a decision regarding your case.

Once again, thank you for contacting the Dolan Law Firm. We look forward to hearing from you.

Very truly yours,

K.E. Chance Martin
Intake Coordinator



Oakland Community Support Center
7200 Bancroft Avenue Suite 125-A
Oakland, California 94605
(510) 777-3800

April 25, 2008

To Whom It May Concern,

Re:    Ivan Hopkins

Mr. Ivan Hopkins has been seen at this clinic beginning on 6/23/99 on an as needed basis. He was placed on Geodon (Ziprasidone) 20 mg every day and Prozac 20 mg every morning. The last visit to our clinic for services was on 4/25/08. His diagnosis is (311.00-Major Depression and High Blood Pressure). The clinic treats him for the depression but not the high blood pressure (HBP).

If you have any questions, please contact me at (510) 777-3833.

Respectfully,

*Linda Ahmed, PhD*

Linda Ahmed, PhD
Case Manager

cc: File

A Department of Alameda County Health Care Service Agency



U.S. POSTAGE
PAID
OAKLAND, CA
94602
JUN 13, '08
AMOUNT
$5.07
00033501-02

7008 0150 0000 8338 5389

Ivan Hopkins #30
1810 East 4th Ave #30
Oakland CA 94606

Office of the Clerk
U.S. District Court
N. District
450 Golden Gate Ave
San Francisco, CA 94102

first class
RETURN RECEIPT
REQUESTED