**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 19, 2008</u>

Case No.  <u>C 08-00898 WHA</u>

Title: <u>IVAN HOPKINS</u> v. <u>CA DEPT OF CORRECTIONS & REHAB</u>

Plaintiff Attorneys: Pro Per

Defense Attorneys: Michael Quinn

Deputy Clerk:  <u>Dawn Toland</u>              Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                         </u>


Continued to **7/17/08 at 8:00 am**  for Motion to Dismiss

Continued to _ for Pretrial Conference

Continued to _ for Jury Trial

**ORDERED AFTER HEARING:**

Court will defer setting a schedule until after the motion to dismiss is heard.  The motion is moved to 7/17/08 due to the Court's unavailability.  The other defendant can notice a motion for the same date, if he shortens the schedule by not filing a reply.