IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, JAMES TILTON, AGENT PAYNE, and DOES 1–100,

    Defendants.

No. C 08-00898 WHA

**ORDER RE HEARING SET FOR JULY 17, 2008**

    Per the initial case management conference on June 19, 2008, defendants' motion to dismiss has been reset to July 17, 2008. Even though his motion for appointment of counsel was denied, plaintiff Ivan Hopkins is reminded that he must still comply with the Civil Local Rules. Pursuant to Civil Local Rule 7-3, plaintiff's opposition to the motion must be served and filed on June 26, 2008. The briefs and memoranda may not exceed 25 pages of text. Defendants' reply is due on July 3, 2008.

    **IT IS SO ORDERED.**

Dated: June 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS,

        Plaintiff,

  v.

CALIFORNIA DEPT OF CORRECTIONS et al,

        Defendant.
                                              /

Case Number: CV08-00898 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Hopkins
1810 East 25th Street, #209
Oakland, CA 94606

Dated: June 20, 2008

                                             Richard W. Wieking, Clerk
                                             By: Dawn Toland, Deputy Clerk