UNITED STATES DISTRICT COURT
NORTHERN DISTRICTED OF CALIFORNIA

Ivan Hopkins Pro Per
1810 E 25th Street #209
Oakland, California 94606



Ivan Hopkins
   Plantiff,
  VS
California Department
of Corrections and Rehabilitation
James Tilton, Agent Payne and
Does 1-100,
   Defendant

Case No: 08-0898 WHA

Motion to Not Dismiss

Plantiff Ivan Hopkins alleges that on February 28th 2007 (CDC) Officer Agent Payne and Agent Tilton did in fact falsify reason to detain him. Officers stated Plantiff had an outstanding warrant for obscounding parole, when in fact Plantiff had been discharged from parole for one year. Officers violated Plantiffs civil rights, by pushing

AND SHOVING HIMSELF. IN THE PROCESS OF THIS INCIDENT PLANTIFFS SHOULDER WAS INJURED. OFFICERS USED UNNECESSARY EXCESSIVE FORCE while PLANTIFF WAS NOT HOSTILE NOR DID HE RESIST. SINCE THIS INCIDENT PLANTIFF HAS HAD ONGOING DOCTORS APPOINTMENTS. PLANTIFF ALSO ADMITTS TO SUFFERING EMOTIONAL DAMAGE. STATES HE BECOMES FEARFUL WHEN IN THE COMPANY OF LAW ENFORCEMENT.

ACTIONS DONE IN THIS MANNER DO VIOLATE CIVIL RIGHTS PLEASE SEE (TURMAN VS JORDAN 405 F. 3d 202)(4th circuit 2005) AND BAURER VS NORRIS, 713 F 2d 408 (8th circuit 1983) PLANTIFF FEELS HIS CASE SHOULD NOT BE DISMISSED AND BOTH AGENTS PAYNE AND TILTON SHOULD BE HELD RESPONSIBLE FOR THEIR NEGLIGENCE DURING ACTIVE DUTY.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
EXECUTED JUNE 30TH 2008

7/1/08

X _Ivan Hopkins_
PLANTIFF
IVAN HOPKINS