1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  MICHAEL J. QUINN, State Bar No. 209542
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5726
     Fax:  (415) 703-5843
8    Email:  Michael.Quinn@doj.ca.gov

9  Attorneys for Defendant California Department of
   Corrections and Rehabilitation and James E. Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVAN HOPKINS,<br><br>          Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants. | C 08-0898 WHA<br><br>**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)**<br><br>Hearing: July 17, 2008<br>Time:  8:00 a.m.<br>Courtroom: 9<br>Judge:  The Honorable<br>      William H. Alsup |

  Defendants California Department of Corrections and Rehabilitation (CDCR) and James E. Tilton submit their Reply in Support of the Motion to Dismiss under Rule 12(b)(6).

I.

**ARGUMENT**

  In his brief Opposition to Defendants' Motion, Plaintiff recites the allegations in his Complaint, and argues that both "Agents Payne and Tilton should be held responsible for their negligence during active duty." (Opp'n 2:16-19.)

Reply in Supp. of Mot. Dismiss                  I. Hopkins v. CDCR, et al.
                                                        C 08-0898 WHA

1

Plaintiff's Opposition fails to address the issues raised by Defendants in their Motion. As described more fully in the Motion, because Defendant CDCR (which Plaintiff never mentions in his Opposition) is not a "person" under Section 1983, it must be dismissed from the case. *See Will v. Michigan Dep't of State Police*, 491 U.S. 58, 71 (1989).

Moreover, Plaintiff's argument concerning Defendant Tilton lacks merit because he was not an "agent" at the time of the events described in the Complaint. To the contrary, Defendant Tilton was the Secretary of CDCR when the alleged assault occurred. Because he did not know of, or participate in, the events described in the complaint, a Section 1983 action for supervisorial liability cannot proceed against him. *See Taylor v. List,* 880 F.2d 1040, 1045 (9th Cir. 1989).

## II.

## CONCLUSION

For the foregoing reasons, Plaintiff's claims against both Defendants CDCR and Tilton should be dismissed without leave to amend.

Dated: July 8, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

_____
MICHAEL J. QUINN
Deputy Attorney General
Attorneys for Defendants California Department of Corrections and Rehabilitation and James E. Tilton

20120812.wpd
SF2008400900

Reply in Supp. of Mot. Dismiss

I. Hopkins v. CDCR, et al.
C 08-0898 WHA

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **I. Hopkins v. CDCR, et al.**

No.:   **C 08-0898 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 9, 2008**, I served the attached

### REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER TULE 12(b)(6)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ivan Hopkins**
**1810 East 25th Street, #209**
**Oakland, CA 94606**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 9, 2008**, at San Francisco, California.

| M.M. Argarin | _(signature)_ |
|---|---|
| Declarant | Signature |