IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN HOPKINS,<br><br>    Plaintiff,<br><br> v.<br><br>CA DEPARTMENT OF CORRECTIONS,<br><br>    Defendant.<br>_____/ | No. C 08-00898 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the hearing previously set for July 17, 2008 at 8:00 a.m. has been rescheduled for **July 17, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly**.**

Dated: July 11, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
   Dawn Toland
   Courtroom Deputy to the
   Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS,

        Plaintiff,

  v.

CALIFORNIA DEPT OF CORRECTIONS et al,

        Defendant.

Case Number: CV08-00898 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Hopkins
1810 East 25th Street, #209
Oakland, CA 94606

Dated: July 11, 2008

                              Richard W. Wieking, Clerk
                              By: Dawn Toland, Deputy Clerk