**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>July 17, 2008</u>

Case No.  <u>C08-0898 WHA</u>

Title: Ivan Hopkins v. CA Dept of Corrections

Plaintiff Attorneys:    Ivan Hopkins, pro se

Defense Attorneys: Michael Quinn

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: Katherine Wyatt

**PROCEEDINGS**

1)   <u>Dfts' Motion to Dismiss   - Held.     Motion granted as to Dept. of Corrections and Tilton.</u>
     <u>Defendant S.  Pang is still remaining.</u>

2)   _____

**ORDERED AFTER HEARING:**

Mr. Hopkins advised the court that he may want to substitute a defendant.  Since Mr. Hopkins is appearing pro se, the Court informed Mr. Hopkins that he can obtain the pro se booklet from the clerk's office.   Scheduling order to be issued by the Court.