IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
JAMES TILTON, SCOTT PANG, and DOES
1–100,

    Defendants.

No. C 08-00898 WHA

**JUDGMENT FOR CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND JAMES TILTON**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants California Department of Corrections and Rehabilitation and James Tilton and against plaintiff Ivan Hopkins.

**IT IS SO ORDERED.**

Dated: July 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IVAN HOPKINS,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPT OF CORRECTIONS et al,<br><br>            Defendant.                              / | Case Number: CV08-00898 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Hopkins
1810 East 25th Street, #209
Oakland, CA 94606

Dated: July 21, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk