ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

July 22, 2008

Ivan Hopkins
1810 East 25th Street, #209
Oakland, CA 94606

Michael James Quinn, Esq.
CA State Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
415-703-5726

    Re:    Hopkins v. California Department of Corrections and Rehabilitation
               Case No. C 08-00898 WHA MED

Dear Messrs. Hopkins and Quinn:

      We have received notification from Hon. William H. Alsup that the referenced case was referred to Mediation on July 21, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **Wednesday, July 30, 2008 at 10:00 a.m.** This office will initiate the call. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

      Thank you for your attention to this matter.

                               Sincerely,

                               Claudia M. Forehand
                               ADR Case Administrator