**FILED**

AUG 2 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Hopkins, | No. C 08-00898 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| California Department of Corrections | |
| and Rehabilitation, | |
| Defendant(s). | |

*Instructions:  The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) *August 26, 2008*

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) *September 3, 2008*

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated:  *August 26, 2008*

Mediator, Howard A. Herman
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Certification of ADR Session**
08-00898 WHA MED

United States District Court
Northern District of California