# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Hopkins,<br><br>   Plaintiff(s),<br><br>  v.<br><br>California Department of Corrections<br>and Rehabilitation,<br><br>   Defendant(s). | No. C 08-00898 WHA MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a further mediation session on (date) _September 3, 2008_

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☒ phone discussions expected by (date) _October 2, 2008_

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☐ YES  ☒ NO

Dated: _September 3, 2008_  _____
                Mediator, Howard A. Herman
                US District Court - ADR Program
                450 Golden Gate Avenue, 16th Floor
                San Francisco, CA 94102