IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVAN HOPKINS,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MATTHEW CATE, SCOTT PANG, and DOES 1–100,

    Defendants.

No. C 08-00898 WHA

**JUDGMENT**

For the reasons stated in the April 17 order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Scott Pang and against plaintiff. Defendant Pang was the only remaining defendant in this action. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 5, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE